No. 75–958. GARRISON, WARDEN, ET AL. v. EDWARDS. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 75–975. GOVERNMENT OF INDIA v. PFIZER, INC., ET AL.; and

No. 75–976. IMPERIAL GOVERNMENT OF IRAN v. PFIZER, INC., ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions. Reported below: 522 F. 2d 612.

No. 75–538. GRANCICH ET AL. v. UNITED STATES, 423 U. S. 1050;

No. 75–666. COFFEE-RICH, INC., ET AL. v. FIELDER, DIRECTOR OF AGRICULTURE OF CALIFORNIA, ET AL., 423 U. S. 1042;

No. 75–714. HEILIG v. CHRISTENSEN, JUDGE, ET AL., 423 U. S. 1055;

No. 75–5581. WARREN v. UNITED STATES, 423 U. S. 1074;

No. 75–5685. TOLBERT ET AL. v. CALIFORNIA, 423 U. S. 1060;

No. 75–5732. CARTER v. UNITED STATES, 423 U. S. 1076; and

No. 75–5753. HOLDING v. HOLDING, 423 U. S. 1062. Petitions for rehearing denied.

MARCH 8, 1976

No. 75–1004. JIMENEZ ET AL. v. HIDALGO COUNTY WATER IMPROVEMENT DISTRICT No. 2 ET AL. Affirmed on appeal from D. C. S. D. Tex. MR. JUSTICE BRENNAN and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.